NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHAUN V. MACLAUCHLAN,                      )
                                           )
                Appellant,                 )
                                           )
v.                                         )          Case No. 2D18-3118
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
_____)

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.


PER CURIAM.


        Affirmed.  See Maclauchlan v. State, 160 So. 3d 427 (Fla. 2d DCA 2014)

(table decision); Lewis v. State, 625 So. 2d 102 (Fla. 1st DCA 1993).


KELLY, MORRIS, and SLEET, JJ., Concur.